# United States District Court
# for District of Maryland

| | | |
|---|---|---|
| Steven Martin | * | |
| Petitioner | * | |
| | * | |
| v. | * | Civil Action No. 19-CV-2341 |
| | * | |
| Brian Frosh, Attorney General | * | |
| (in his official capacity) | * | |
| | | |
| State of Maryland | * | |
| Respondent | * | |

## Petition for Relief under §2254

Now comes Steven Martin, by and through counsel, and initiates this action under 28 United States Code §2254 for denial of federal constitutional rights.

## Procedural History

1. On July 9, 2007, Petitioner Steven Martin, was convicted of Child Abuse by Parent under Article 27§35C(b)(1), after entering a guilty plea in the Circuit Court of Maryland for Baltimore County. Later the same day, the Circuit Court sentenced Martin to fifteen (15) years, all suspended sentence, and five (5) years of unsupervised probation for Child Abuse by a Parent.

2. In the 2007 Judgement in the same criminal case, Petitioner Martin was required to register as a "sex offender" for ten (10) years pursuant to Md.Ann. Code §11-701,11-702(2002).

3. The facts in the case revolve around Petitioner Martin causing his biological granddaughter to "suck his penis" tricking the minor child to believe it was a "mushroom."

4. Years after the plea and sentencing, federal law was enacted codified and commonly known as "Megan Law" which requires "lifetime registration" of sex offenses similar to conduct plead to by Petitioner Martin in the said Circuit Court of Baltimore case.

5. Maryland enacted §3-602 of the Md. Ann. Code, which refers to Sex Abuse of a Minor, and requires lifetime registration.

6. Maryland new lifetime registration is applied retroactively since Petitioner Martin was still on probation at the time of the enacting of the new law, and since the new law was mandated by Statute, could not be altered by the Circuit Court.

7. Petitioner Steven Martin has exhausted his state administrative remedies and now seeks federal review of *State of Maryland v. Steven Martin*, 03-K-06-4701 (in the Circuit Court for Baltimore County, State of Maryland)(see Exhibits attached);

8. Petitioner Martin seeks federal constitutional review of 13th of July, 2012 Circuit Court of Baltimore review Order denying the "Correction of Illegal Sentence, or in the alternative, to make a Declaratory Judgment that Steven Martin not have to register as a sex offender since his original sex registration requirement was for 10 years before retroactive state law was enacted.

9. Petitioner Martin seeks federal review that that he be required to register for life as a sex offender is illegal inasmuch as "Megan Law" was not enacted at the time Petitioner Martin was sentenced in the underlying case, Case No. 03-K-06-4701 (State of Maryland v. Steven Martin -Circuit Court of Maryland for Baltimore County).

10. This petitioner challenges the State of Maryland constitutional of applying federal law retro-actively as far as the extension of his 10-year registration as a sex offender now becoming a lifetime registration requirement.

Respectfully submitted,

Dated: August 15, 2019

/s/Kevin J. McCants (29175)
601 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
202.459.4676
202.3330.5155 (fax)
kevin@themccantsfirm.com (email)